AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Hamid Demmirio aka Edmond D. Davis  )  <br>*Petitioner*  ) <br> v.  ) <br> J. McFadden, Warden,  ) <br> *Respondent*  ) | Civil Action No.   2:13-719-CMC-BHH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: The Report and Recommendation of Magistrate Judge Bruce Howe Hendricks is accepted. This action is dismissed without prejudice and without requiring service on and a return from Respondent. The Petitioner shall take nothing on his claim filed pursuant to Title 28 U.S.C. § 2254. A certificate of appealability is denied.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Cameron McGowan Currie, United States District Judge.

Date:   June 5, 2013                                              *CLERK OF COURT*

                                                    s/H. Hillman
                                        *Signature of Clerk or Deputy Clerk*